WILLIAM A. TIBBITS, Appellant, v. THE CITY OF UTICA and Another, Respondents.— Appeal dismissed unless appellant shall file and serve printed records and briefs by August fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY CHARLIES, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and briefs by August fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LOUIS WIDERKER and Another, Plaintiffs, v. JAMES ALAIMO and Another, Defendants. LUCIA P. ANGE, Appellant; JACOB ROSENZWEIG, as Receiver, etc., Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by August first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LEWIS P. SMITH, Respondent, v. MORIN BROTHERS, INCORPORATED, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs and pay to respondent's attorney ten dollars by August first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

## FIRST DEPARTMENT, JUNE, 1931.

OSCAR HOENIG, Respondent, v. WILLIAM WITZEL, Appellant.

PER CURIAM. There is no evidence to support the findings that there was an agreement to dissolve and that the accounting on the dissolution should be determined as of March 20, 1930. Accordingly, findings of fact 11, 12, 14, 15, 16 and 17, and conclusions of law 1 and 5, should be reversed. The judgment should be modified by directing that the dissolution and accounting be as of the date of the decree, March 17, 1931, and as modified affirmed, with costs to the respondent. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. Judgment modified by directing that the dissolution and accounting be as of the date of the decree, March 17, 1931, and as so modified affirmed, with costs to the respondent. Settle order on notice.